**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STANLEY E. SHELLEY,              )       NO. CV 09-2120-JSL(E)
                                 )
            Petitioner,          )
                                 )
      v.                         )              JUDGMENT
                                 )
WARDEN J. WALKER,                )
                                 )
            Respondent.          )
_____ )


      Pursuant to the "Order of Dismissal,"


      IT IS ADJUDGED that the Petition is denied and dismissed without

prejudice.


            DATED: April 15, 2009.

                              _____
                                    J. SPENCER LETTS
                              UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28